UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DARLENE ANN ARRIOLA,<br><br>Plaintiff,<br><br>v.<br><br>BRIXTON-ALTO RAINBOW, LLC, a foreign limited liability company; ALBERTSON'S LLC, a foreign limited liability company d/b/a ALBERTSONS; DOE MANAGER "Melony"; DOE MANAGER "Melinda"; ROE DOOR COMPANY; ROE MAINTENANCE COMPANY; DOES III through X; and ROE CORPORATIONS III through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00653-JCM-EJY<br><br>**ORDER** |

Before the Court is the Proposed Joint Discovery Plan and Scheduling Order (ECF No. 6). The parties seek an initial discovery period of 240 days measured from May 6, 2022, the date of the Rule 26(f) conference. The Proposed Plan and Order is denied. The Plan is not compliant with Local Rule 26-1. The parties fail to provide any reason for the lengthy discovery period requested. The parties shall submit a fully compliant plan measuring discovery 180 days from the date of this Order or otherwise explain the need for a discovery period that exceed the standard 180 day period. The parties shall also ensure the proposed plan and order complies with United States District Court for the District of Nevada Local Rule 26-1 (a), (b)(1).

Accordingly, IT IS HEREBY ORDERED that the Proposed Joint Discovery Plan and Scheduling Order (ECF No. 6) is DENIED.

IT IS FURTHER ORDERED that the parties shall submit a revised discovery plan and scheduling order that complies with the instructions above on or before May 31, 2022.

Dated this 17th day of May, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1