Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
Attorneys for Defendant, Cross-Complainant
*and Cross Defendant Albertson's LLC*

**BACKUS | BURDEN**
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555 FAX: (702) 872-5545

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DARLENE ANN ARRIOLA,

Plaintiff,

vs.

BRIXTON-ALTO RAINBOW, LLC, a Foreign Limited-Liability Company; ALBERTSON'S LLC, Foreign Limited-Liability Company d/b/a ALBERTSON'S; DOE MANAGER "Melony"; DOE MANAGER "Melinda"; AMERICAN DOOR SERVICE, INC.; ROE MAINTENANCE COMPANY; DOES III through X; and ROE CORPORATIONS III through X, inclusive,

Defendants.

ALBERTSON'S LLC,

Cross-Complainant,

vs.

AMERICAN DOOR SERVICE, INC.

Cross-Defendant.

**2:22-cv-00653-JCM-EJY**

**STIPULATION AND ORDER RE DISMISSAL WIH PREJUDICE**

2:22-cv-00653-JCM-EJY

| | |
|---|---|
| AMERICAN DOOR SERVICE, INC.<br><br>Cross-Defendant/Cross Complainant,<br><br>vs.<br><br>ALBERTSON'S LLC,<br><br>Cross-Complainant, Cross-Defendant., | **STIPULATION AND ORDER RE DISMISSAL WIH PREJUDICE** |

Plaintiff DARLENE ANN ARRIOLA, by and through her counsel of record John C. Funk, Esq, of Moss Berg Injury LawyerS, Defendant, Cross-Complainant, Cross-Defendant ALBERTSON'S LLC by and through its counsel of record Jack P. Burden, Esq. of BACKUS | BURDEN, and Defendant,. Cross-Defendant, Cross Complainant AMERICAN DOOR SERVICE INC. of Law Offices of Foulger & Peck hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendants hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

This case has not been set for trial.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: September 21, 2023

**MOSS BERG INJURY LAWYERS**

/s/ *Boyd Moss*
BOYD B. MOSS, ESQ.
Nevada Bar No. 9760
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
T: (702) 222-4555 - F: (702) 222-4556
*Plaintiff Darlene Ann Arriola*

DATED: September 22, 2023

**BACKUS | BURDEN**

/s/ *Jacquelyn Franco*
Jack P. Burden, Esq.
Nevada State Bar No. 6918
3050 South Durango Drive
Las Vegas, Nevada 89117
(702) 872-5555
(702) 872-5545
*Attorneys for Defendant, Cross-Complainant and Cross-Defendant Albertson's LLC*

BACKUS | BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555 FAX: (702) 872-5545

BACKUS | BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555 FAX: (702) 872-5545

DATED: September 21, 2023

**LAW OFFICES OF FOULGER & PECK**

/s/ *Raymon McKay*
Jason M. Peck, Esq.
Nevada Bar No. 10183
Raymond E. Mckay, Esq.
Nevada Bar No. 8569
Mailing: P.O. Box 7218, London, KY 40742
Physical Add: 7251 West Lake Mead Blvd, 250
Las Vegas. Nevada 89128
702-228-3176 - 866-221-6108 Fax
LasVegasLegal@LibertyMutual.com
Raymond.McKay@LibertyMutual.com
*Attorneys for Defendant,*
*Cross-Defendant and Cross Complainant*
American Door Service Inc.

## ORDER - 2:22-cv-00653-JCM-EJY

The parties have stipulated and agree to the dismissal of Defendant, Cross-Complainant, Cross-Defendant ALBERTSON'S LLC. and Defendant. Cross-Defendant, Cross Complainant AMERICAN DOOR SERVICE INC. in this matter as set forth in the stipulation, and good cause appearing:

IT IS HEREBY ORDERED that all claims that have been brought and/or could have been brought by Plaintiff against Defendants and all Cross-Claims in the above-titled litigation are DISMISSED *WITH* PREJUDICE. This stipulated dismissal ***DOES*** resolve the entire matter. Each party to this dismissal is to bear their own respective attorney's fees and costs incurred herein.

**IT IS SO ORDERED.**

DATED September 26, 2023.

United States District Court Judge